[No. 1195-3.    Division Three.    June 27, 1975.]

MAX W. THALER, *Respondent,* v. MELVIN R. CLARK *et al, Appellants.*

Appeal from a judgment of the Superior Court for Spo-

kane County, No. 214512, Willard J. Roe, J., entered May 6, 1974; *Reversed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.